THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTH RIVER FERRY COMPANY, Appellant, *v.* COUNTY COURT OF ROCKLAND COUNTY et al., Defendants.

NORTH RIVER STEAMBOAT COMPANY, Respondent.

*People ex rel. North River Ferry Co.* v. *County Court of Rockland Co.,* 154 App. Div. 953, affirmed.

(Argued February 25, 1913; decided March 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1913, which dismissed a writ of certiorari and confirmed a determination of the Rockland County Court granting a ferry license to the respondent herein.

*Vincent P. Donihee, Edward S. Hatch* and *Walter F. Welch* for appellant.

*G. H. Crawford* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.